# ELECTRONIC RECORD

*1204·15*

COA # 12-14-00229-CR

OFFENSE: ENGAGING IN ORGANIZED CRIMINAL ACTIVITY

STYLE: GEE, BLAKE CARRINGTON

COUNTY: Smith

COA DISPOSITION: AFFIRM

TRIAL COURT: 241st District Court

DATE: 07/22/2015          Publish: NO

TC CASE #: 241-1861-13

# IN THE COURT OF CRIMINAL APPEALS

STYLE: GEE, BLAKE CARRINGTON v.

_PRO SE_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:
DISMISSED AS UNTIMELY
DATE: 9/23/2015
JUDGE: per Curiam

CCA #: *1204·15*

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD